# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : <br> : **Criminal No.** <br> : <br> : <br> : **VIOLATIONS:** <br> : <br> : **18 U.S.C. § 111(a)(1)** <br> : **(Assaulting, Resisting, or Impeding** <br> : **Certain Officers or Employees)** <br> : <br> : |
| v. |
| **NILES BARNES,** |
| Defendant. |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about March 8, 2023, in the District of Columbia, the defendant, NILES BARNES, did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, H.P., an Associate Judge of the Superior Court of the District of Columbia, while such person was engaged in and on the account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT TWO

On or about March 8, 2023, in the District of Columbia, the defendant NILES BARNES did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member

of the uniformed services), that is, D.G., a Deputy United States Marshal, while that person was engaged in and on the account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about March 30, 2023, in the District of Columbia, the defendant NILES BARNES did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, H.P., an Associate Judge of the Superior Court of the District of Columbia, while such person was engaged in and on the account of the performance of that person's official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1))

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: */s/ Alexander R. Schneider*
ALEXANDER R. SCHNEIDER
Michigan Bar No. P71467
Special Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
alexander.schneider@usdoj.gov
(202) 252-7124