**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 23-cr-364 (CJN)** |
| **v.** | **:** | |
| | **:** | |
| **NILES BARNES,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Benjamin Helfand.  AUSA Benjamin Helfand will be substituting for Special AUSA Alexander Schneider and AUSA Cameron Tepfer.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ *Benjamin Helfand*
BENJAMIN HELFAND
DC Bar No. 1658708
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-7059
Benjamin.Helfand@usdoj.gov